# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:
LEONARD CHARLES SMITH
JESSICA ANNE SMITH
4788 SOMERVILLE ROAD
CROSS PLAINS, TN  37049
SSN XXX-XX-0352   SSN XXX-XX-6559

CASE **17-00757-CW3-13**
JUDGE CHARLES M WALKER
3/31/2017

---

## NOTICE OF CONFIRMATION AND PLAN TERMS

---

ON **03/27/2017** the debtor(s) Chapter 13 plan, as amended, was confirmed by order of **JUDGE CHARLES M WALKER.** This order provides an extension of the finality date to provide all parties in interest the opportunity to review the plan or its terms and seek relief from its term pursuant to Rule 9023, Federal Rules Bankruptcy. Any application for relief under Rule 9023 must be filed with the court on or before **04/21/2017.** Thereafter, the confirmed plan will be deemed final and binding on all parties pursuant to 11 U.S.C. §1327.

**L. SMITH** to pay **$830.00 BI-WEEKLY**
**J. SMITH** to pay **$1,787.50 MONTHLY**
 **(Plus Balance on Hand from Prior Case)**

to the Trustee who shall disburse funds pursuant to the terms of the confirmed plan.

To the Court Clerk the sum of **$235.00 [Class 1]** and **$75.00  [Class 2]** for filing and
   noticing fees.

---

The plan requires the Trustee to maintain ongoing mortgage payments as follows:

| Creditor/Collateral | Post Conf Payment | Last Month Included In The Arrearage Claim | Class |
|---|---|---|---|
| ! **US BANK HOME MORTGAGE** | **$1,407.96** | 2/17 | **3** |
| *MTG CONT 4788 SOMERVILLE RD* | | | |

**If the holder of a claim listed above files a Notice of Mortgage Payment Change under Rule 3002.1, Fed. R. Bankr. P., the Trustee may adjust the postpetition regular payment listed above and payments into the plan in paragraph 2 in accordance with the creditor's notice upon filing a notice of payment adjustment and delivering a copy to the debtor, the debtor's attorney, the creditor, and the U.S. Trustee.  The trustee shall have the discretion to adjust the post petition regular payment listed above in accordance with the Notice of Mortgage Payment Change and <u>not</u> seek to alter or adjust the payments into the plan if the payment change is in the amount of $25 per month, or less. However, notice of the payment adjustment shall be provided to the debtors, the debtors' attorney, the creditor, and the U.S. Trustee.**

   **The Trustee is authorized to pay any postpetition fees, expenses, and charges, notice of which is properly filed pursuant to Rule 3002.1, Fed. R. Bankr. P., and as to which no objection is raised, at the same disbursement level as the arrearage claim listed below.**

---

The plan cures prepetition defaults on such mortgages as follows:

| Creditor/Collateral | Arrears | Monthly Payment | Class (Arrs) |
|---|---|---|---|
| **US BANK HOME MORTGAGE** | **$38,399.67(e** | **pro rata** | **6** |

US BANK HOME MORTGAGE      $1,407.96(e)     pro rata     6

"GAP" PAYMENTS for MAR 2017–APR 2017/4788
SOMERVILLE RD

As of the date of this notice, the following notice of post petition fees, expenses, and charges has been filed:

| Creditor/Collateral | Claim Amount | Monthly Payment | Class |
|---|---|---|---|

-------------- **NONE** --------------

The court has fixed a value on the collateral held by all secured creditors, which value shall be deemed the extent of the secured claim. Such creditors shall retain the lien on their collateral and shall be treated as follows:

| Creditor/collateral | Secured Claim | Interest | Monthly Payment | Class |
|---|---|---|---|---|
| * FMAC | $2,000.00 | 5.00% | $50.00 | 4 |

    *VOID LIEN IN PART HHG REGENCY FIN CO*

The Trustee will calculate post petition interest due, if any, on these claims as fixed by the plan, and will pay such interest along with the principal.

To creditors holding claims secured by a purchase money security interest in a motor vehicle incurred within 910 days preceding the petition or secured by a purchase money security interest in any other thing of value incurred in the 1 year period preceding the filing as follows:

| Creditor/Collateral | Interest | Claim Amt To Be Pd | Monthly Payment | Class |
|---|---|---|---|---|
| * INSOLVE AUTO FUNDING | 22.00% | $15,736.28 | $434.62 | 4 |
| *(10 HYUNDAI SANTA FE / 910 AUTOMOBILE LOAN* | | | | |
| * SANTANDER CONSUMER USA | 4.00% | $21,317.22 | $500.00 | 4 |
| *(15 CHEV MALIBU / 910 AUTOMOBILE LOAN* | | | | |

Each creditor listed above shall retain its lien pursuant to 11 U.S.C. § 1325(a)(5)(b) until the earlier of (1) payment of the underlying debt determined under nonbankruptcy law or (2) discharge under 11 U.S.C. § 1328, at which time the lien shall terminate and be released by the claimholder.

To any creditor deemed to have accepted the plan (as designated by an *), the Trustee shall pay the allowed claim as a secured claim under this paragraph only to the extent of the claim amount stated above. The portion of any such allowed claim that exceeds the claim amount stated above will be treated as an unsecured claim under paragraph 3(i).

To the debtors' attorney, **ROTHSCHILD AND AUSBROOKS PLLC**, the sum of **of $4,000.00** to be paid in full pro rata. **[Class 5]**

Total fee awarded is **$4,000.00** .

The plan treats some unsecured claims differently than others. The following claims to unsecured claimholders, in classes and paid in classes, sequentially as shown below:

| Creditor Name | Interest | Dividend | Claim | Class |
|---|---|---|---|---|

-------------- **NONE** --------------

**Page 2 of 5**
Case 3:17-bk-00757   Doc 33   Filed 03/31/17   Entered 03/31/17 14:05:52   Desc Main
Document   Page 2 of 5

The plan establishes a minimum dividend to general unsecured creditors, with timely claims but may establish a dividend to some creditors that differ from others. The following claims will be paid in the general unsecured class:

| Creditor Name | Interest | Dividend | Claim | Account | Class |
|---|---|---|---|---|---|
| AARGON AGENCY | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| ADVANCE FINANCIAL | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| AIR AFFILIATES | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| AT&T BANKRUPTCY DEPT | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| BENCHMARK PHYSICAL THERAPY | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| BLUESTEM BRANDS | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| CALEB CREEK ER PHYSICIANS | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| CARE CREDIT SYNCB | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| ★ CASH EXPRESS | 0.00% | 20.00% | $747.50 | xxxxxxxx6559 | 7 |
| CHECK INTO CASH | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| ★ CREDIT BUREAU SYSTEMS | 0.00% | 20.00% | $349.74 | xxxxxxxx6559 | 7 |
| DJO LLC | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| DJO LLC | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| DR RAMESH CHADALAVADA MD | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| FINGERHUT WEBBANK | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| ★ FMAC | 0.00% | 20.00% | $1,101.67 | xxxxxxxx9343 | 7 |
| LEONARD SMITH JR ESTATE | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| MAXLEND | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| MINUTECLINIC DIAGNOSTIC OF TN | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| NAVIENT | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| NEUROSURGICAL ASSOCIATES | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| NORTHCRES PHYS SVCS | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| NORTHCREST MED CTR | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| ★ NORTHCREST MEDICAL CENTER | 0.00% | 20.00% | $1,485.78 | xxxxxxxx6559 | 7 |
| NORTHCREST PHYSICIAN SERVICES | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| NOVASOM | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| PAYPAL | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| PLAIN GREEN LLC | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| PLAIN GREEN LOANS | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| PROGRESSIVE INSURANCE CO | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| ★ QUANTUM3 GROUP LLC | 0.00% | 20.00% | $14,275.97 | xxxxxxxxE013 | 7 |
| ★ QUANTUM3 GROUP LLC AS AGENT FOR | 0.00% | 20.00% | $500.00 | xxxxxxxx0642 | 7 |
| ★ QUANTUM3 GROUP LLC AS AGENT FOR | 0.00% | 20.00% | $500.00 | xxxxxxxx4672 | 7 |
| QUEST DIAGNOSTICS | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| RADIOLOGY ALLIANCE | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| REVIVER FINANCIAL LLC | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| REVIVER FINANCIAL LLC | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| ROBERTSON CO GENERAL SESSIONS CT | 0.00% | 20.00% | $0.00 | xxxxxxxxV354 | 7 |
| SELECT PHYSICAL THERAPY | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| ★ SOUTHERN RADIOLOGY ASSOC | 0.00% | 20.00% | $130.08 | xxxxxxxx0352 | 7 |
| SPEEDY CASH | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| STATE FARM INSURANCE CO | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| SURGICAL ALLIANCE MIDDLE TN | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| ★ TN IMAGING CONSULTANTS | 0.00% | 20.00% | $38.00 | xxxxxxxx0352 | 7 |

| | | | | | |
|---|---|---|---|---|---|
| ★ TN IMAGING CONSULTANTS | 0.00% | 20.00% | $43.71 | xxxxxxxx6559 | 7 |
| TN ORTHOPAEDIC ALLIANCE | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| TN QUICK CASH | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| TN STUDENT ASSIST CORP | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| ★ UNITED STUDENT AID FUNDS | 0.00% | 20.00% | $17,897.45 | xxxxxxxx6559 | 7 |
| VERIZON WIRELESS | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |
| VOLUNTEER STATE BANK | 0.00% | 20.00% | $0.00 | xxxxxxxx | 7 |

_____

The following parties will receive future notices, but no distribution will be made to them under the confirmed plan:

**FIRST PREMIER BANK**          **US ATTORNEY GENERAL**          **ERICA HORTON**

_____

**FMAC treated unsecured and liens avoided in-part per 522(f).(VOID LIEN IN PART HHG REGENCY FIN CO)**

_____

**Post-petition claims, allowed pursuant to 11 U.S.C. §1305, shall be paid in full pro rata but subordinated to the payment of pre-petition unsecured claims.   [Class 8]**

**Case to be dismissed, without further hearing, upon filing of notice of non-compliance and order dismissing by the trustee.**

**Confirmation of this Plan shall impose upon any claimholder treated under U.S.C. §1322(b)(5) and, holding as collateral, the debtor's residence, the obligation to:**

    **a. Apply the payments received from the Trustee on preconfirmation arrearages only to such arrearages. For purposes of this Plan, the "preconfirmation" arrears shall include all sums included in the allowed proof of claim plus any postpetition preconfirmation payments due under the underlying mortgage obligation not specified in the allowed proof of claim. Monthly ongoing mortgage payments shall be paid by the trustee commencing with the later of the month of confirmation or the month in which a proof of claim itemizing the arrears is filed by such claimholder.**

    **b. Treat the mortgage obligation as current at confirmation such that future payments, if made pursuant to the plan, shall not be subject to late fees, penalties or other charges.**

Unsecured creditors shall receive their prorata portion of the Unsecured Pool that remains after satisfaction of all allowed priority and administrative claims, not to be less than **20.000%** of such claims.   **[Class 7]**

The unsecured pool shall be increased by the "base" amount not needed to satisfy allowed secured, priority, and administrative claims (including the trustee's commission).

The plan establishes a minimum pool of funds to be paid to all unsecured creditors called the "unsecured pool".  Nonpriority unsecured creditors holding allowed claims shall receive a pro rata share of the unsecured pool after allowed unsecured priority and administrative claims have been satisfied.   The plan establishes the Unsecured Pool at **N/A.**

The plan sets a minimum pool of funds to be paid to the Trustee by the debtor(s) called a base. The debtor(s) must pay this base or allowed claims in full before a discharge may be entered. The base is fixed at **$215,100.00.**

All property shall remain property of the estate and shall vest in the debtor only upon **discharge or the closing of the case, whichever occurs earlier.** The debtor shall be responsible for the preservation and protection - including insurance - of all property of   the estate.

Please note that this Notice is only a summary of the plan as confirmed by the Court.  You are cautioned to review the Court's order approving the plan, available on PACER at http://ecf.tnmb.uscourts.gov.


**/s/HENRY E HILDEBRAND, III**

CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE:  615-244-1101
FAX:  615-242-3241
pleadings@ch13nsh.com


**\*** An asterisk denotes that a proof of claim has been filed for the listed creditor. No disbursements will be made on any claim pursuant to the plan unless an allowed proof of claim is filed.